FORM TO BE USED BY FEDERAL PRISONERS IN FILING A
PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 §2241

IN THE SOUTHERN DISTRICT OF FLORIDA
UNITED STATES DISTRICT COURT
MIAMI DIVISION

THOR HOLM HANSEN  52999-004
                            Petitioner,
FCI MIAMI

P.O. BOX 779800

MIAMI, FL 33177
(Address or place of confinement
and prison number. Full name which
you were convicted under).

00-6086
CIV-MIDDLEBROOKS
MAGISTRATE JUDGE
SORRENTINO

vs.                                         Case No._____

WILLIAM J. PATRICK, WARDEN
                            Respondent.

_____

_____

(Name of Warden or other authorized
person having custody of petitioner)

PLEASE COMPLETE THE FOLLOWING:    (check appropriate number)

This petition concerns:

1.  a.  _____  a conviction.

    b.  _____  a sentence.

    c.  _____  jail or prison conditions.

    d.  _____  prison discipline.

    e.  _____  a parole problem.

    f.  **B.O.P. CLASSIFICATION SCORE** other.

Page 2

2. Place of detention  **FCI MIAMI**

3. Name and location of court which imposed sentence  **U.S. DISTRICT COURT-FT. LAUDERDALE, FLA., JUDGE NORMAN C. ROETTGER, JR.**

4. The indictment number or numbers (if known) upon which, and the offense or offenses for which, sentence was imposed:

   (a) _____

   (b) _____

   (c) _____

5. The date upon which sentence was imposed and the terms of the sentence:  **MARCH 13, 1998**

   (a) **15 YEARS IMPRISONMENT, 10 YEARS SPEC. PAROLE, $30,000 FINE**

   (b) **SAME-CONCURRENT**

   (c) **SAME-CONCURRENT**

6. Check whether a finding of guilty was made:

   (a) After a plea of guilty _____

   (b) After a plea of not guilty  **X**

   (c) After a plea of nolo contendere _____

7. If you were found guilty after a plea of not guilty, check whether that finding was made by:

   (a) a jury  **X**

   (b) a judge without a jury _____

8. Did you appeal from the judgment of conviction or the imposition of sentence?

   **(X)** Yes    ( ) No

9. If you did appeal, give the following information for each appeal:

   a. (1) Name of Court  **11th CIRCUIT COURT OF APPEALS**

       (2) Result  **RULED THAT DOCUMENT SUBMITTED WAS NOT AN APPEAL ON CONVICTION - AFFIRMED**

Page 3

9.  a.  Continued

    (3) Date of result __NOVEMBER 18, 1998__

    (4) Citation or number of opinion _____

    (5) Grounds raised (list each)

    (a) __REFUSAL OF TRIAL TRANSCRIPT FOR SENTENCING PURPOSES__

    (b) _____

    (c) _____

    (d) _____

  b. (1) Name of court _____

    (2) Result _____

    (3) Date of result _____

    (4) Citation or number of opinion _____

    (5) Grounds raised (list each)

    (a) _____

    (b) _____

    (c) _____

    (d) _____

    CAUTION: If you are attacking a sentence imposed under a federal judgment, you must first file a direct appeal or motion under 28 U.S.C. §2255 in the federal court which entered the judgment.

10. State CONCISELY every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, attach a SINGLE page only behind this page.

CAUTION: If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

10. Continued

    a. Ground One <u>__INCORRECT SCORE ON SEVERITY OF OFFENSE BEHAVIOR BY B.O.P. STAFF ON INTERNAL SECURITY EVALUATIONS.__</u>

    Supporting <u>FACTS</u> (tell your story <u>BRIEFLY</u> without citing cases or law).

CAUTION: You must state <u>facts not conclusions</u> in support of your grounds. A rule of thumb to follow is - who did exactly what to violate your rights at what time or place.

<u>__AFTER EXHAUSTING ALL INSTITUTIONAL REMEDIES THROUGH BP-8, BP-9, BP-10, AND BP-11 ADMINISTRATIVE REMEDY APPEAL WITH NO CHANGE IN STATUS, THE PETITIONER BEGS FOR JUDICIAL REVIEW OF HIS INTERNAL CUSTODY EVALUATION BASED UPON THE EVIDENCE WHICH HAS BEEN IGNORED BY B.O.P. STAFF.__</u>

    b. Ground Two _____

    Supporting <u>FACTS</u> (tell your story <u>BRIEFLY</u> without citing cases or law).

Page 5

10. Continued

   c. Ground Three: _____
      _____

      Supporting Facts (tell your story BRIEFLY without citing cases or law)

      _____
      _____
      _____
      _____
      _____
      _____
      _____
      _____

   d. Ground Four _____
      _____

      Supporting FACTS (tell your story BRIEFLY without citing cases or law)

      _____
      _____
      _____
      _____
      _____
      _____
      _____
      _____

11. Have you filed previous petitions for habeas corpus, motions under Section 2255 of Title 28, United States Code, or any other applications, petitions or motions with respect to this conviction?

      Yes ( X )    No ( )

12. If your answer to question number 10 was "yes", give the following information:

    a.  (1) Name of Court __SO. DISTRICT OF FLA-99-2902-CIV-SEITZ__

        (2) Nature of proceeding __28 U.S.C. §1331__

        (3) Grounds raised __THE SAME__

        (4) Result __VOLUNTARILY DISMISSED BY PETITIONER__

        (5) Date of result __14 JANUARY, 2000__

        (6) Citation or number of any written opinion or order entered pursuant to each such disposition.

    b.  (1) Name of Court _____

        (2) Nature of proceeding _____

        (3) Grounds raised _____

        (4) Result _____

        (5) Date of result _____

        (6) Citation or number of any written opinions or orders entered pursuant to each such disposition.

13. If you did not file a motion under Section 2255 of Title 28, United States Code, or if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention:

_____

_____

_____

_____

_____

_____

_____

_____

_____

14. Are your presently represented by counsel?  Yes ( )  No (**X**)

    If so, name address and telephone number _____

    _____

    Case name and court _____

    _____

15. If you are seeking leave to proceed in forma pauperis, have you completed the declaration setting forth the required information?: Yes ( ) No ( )

    WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding.

    Signed this __**14**__ day of **JANUARY** XX **2000**.

    _____*Elun John Hansen*, Pro Se_____
    (Signature of Petitioner)

Page 8

## DECLARATION

I, **THOR HOLM HANSEN** declare under penalty of perjury that I have read and subscribe to the above and state that the information contained therein is true and correct to the best of my knowledge.

Executed **1-14-2000** at **FCI MIAMI**
      (date)                    (place)

_____, PRO SE
(Signature of Petitioner)


_____
Signature of Attorney (if any)