```
FILED by _____ GN _____ D.C.
      00 JAN 18 PM 5:05
      CLARENCE MADDOX
      CLERK U.S. DIST. CT.
      S.D. OF FLA - MIA
```

In Re: Automatic Reference of
Certain Matters to United States
Magistrate Judge Charlene Sorrentino

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 00-6086 CIV-MIDDLEBROOKS

MAGISTRATE JUDGE SORRENTINO

## CLERK'S ORDER OF MAGISTRATE JUDGE ASSIGNMENT

Pursuant to Administrative Order 93-69 AND 96-55 of this Court, this matter is referred to MAGISTRATE JUDGE CHARLENE SORRENTINO for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters:

**ORDERED** that all pleadings hereafter filed shall bear the assigned case number and District Court Judge followed by the surname of Magistrate Judge SORRENTINO thereby indicating the Magistrate Judge to whom all future documents should be routed or otherwise brought for attention in accordance with the Southern District of Florida Local Rules 5.1.A.2.

**DONE and ORDERED** at Miami/Fort Lauderdale/West Palm Beach, Florida, this 18 day of January, 1999. 2000

CLARENCE G. MADDOX, II
Court Administrator/Clerk of Court

by: _____
        Deputy Clerk

c: All counsel of record

