```
                        UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF FLORIDA

                        CASE NO. 00-6086-CIV-MIDDLEBROOKS
                        MAGISTRATE JUDGE SORRENTINO
```

THOR HOLM HANSEN,                :

    Petitioner,              :

                                            ORDER TO SHOW CAUSE

v.                               :     28 U.S.C. §2241

WILLIAM J. PATRICK,              :

    Respondent.              :

_____



Thor Holm Hansen has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. §2241-43. It is thereupon

ORDERED AND ADJUDGED as follows:

1. To prevent motions for extension of time, counsel for the respondent is notified that an extended period for the response has been provided in this case. NO MOTIONS FOR EXTENSION OF TIME WILL BE GRANTED EXCEPT UNDER THE MOST EXTRAORDINARY CIRCUMSTANCES, WHICH WILL PROBABLY REQUIRE A HEARING IN OPEN COURT.

2. Counsel for the respondent shall notify this office telephonically within one week of receipt of this Order of the name of the lawyer to whom the case is assigned.

3. On or before March 29, 2000, the respondent shall file a memorandum of fact and law to show cause why this petition should not be granted, accompanied by all supporting documentation.

4. Counsel for the respondent is requested to caption the response as a Response and not a Motion to Dismiss. The statute, 28 U.S.C. §2243, calls for a "Return." When a response or return is labeled as a motion to dismiss, it confuses the Court's computer.

DONE AND ORDERED at Miami, Florida, this 31 day of January, 2000.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Thor Holm Hansen, Pro Se
    Reg. No. 52999-004
    FCI - Miami
    P. O. Box 779800
    Miami, FL 33177

    U.S. Attorney's Office
    Attn: Roberta Greenspan
    99 N.E. 4th Street
    Miami, FL 33132