UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

*Thor Holm Hansen*,

Plaintiff./Petitioner,

CASE NO. 99-2903 [crossed out]

MAGISTRATE JUDGE CHS

2000-6086-CIV-Middlebrooks

V.

**CLERK'S NOTICE OF**

**RECEIPT OF FILING FEE**

*William J. Patrick*

Defendant/Respondent,

_____/

The Clerk notifies the Court that on 1/21/00 the filing fee of $ 5.00 was received, receipt number 815882

DONE at the Federal Courthouse Square, Miami, Florida, this 21 day of January, 2000.

**CLARENCE MADDOX**
**CLERK OF COURT**

By: _____
Deputy Clerk

c: United States Magistrate Judge
   Plaintiff



SCANNED