UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA
- MIAMI DIVISION -

THOR HOLM HANSEN
        PETITIONER

CASE NO: 00-6086-CIV-MIDDLEBROOKS

V.

WILLIAM J. PATRICK,
        RESPONDENT

PETITIONER'S MOTION TO ADOPT THE ORIGINAL COMPLAINT AND SUPPORTING DOCUMENTS OF HIS PRECEDING PETITION TO ADDRESS THE INSTANT ISSUES.

**COMES NOW** the Petitioner, THOR HOLM HANSEN, Pro Se, and begs this Court adopt the original complaint and all supporting documentation from his preceding §1331 Petition under Docket Number 99-2902-CIV-SEITZ, which was voluntarily dismissed on Motion by the Petitioner.

**REASONING:**

    In his haste to comply with the Court's recommendation that this matter be re-filed under 28 U.S.C. §2241, he inadvertently forgot to include all of the underlying documentation to support his claims, believing that the original complaint and supporting documentation would automatically follow the new Petition.

    The Petitioner was made aware of his faulty assumption when a member of the institution staff approached him with a copy of the new complaint and asked him, "What is this?", where his error was immediately made apparent.

    **Wherefore,** the Petitioner begs that the original complaint and all supporting documents be made Part and Parcel of the Instant Petition, and the Petitioner will have no objection to a demand for enlargement of time for Respondent to file his response, and ask that the Clerk forward these copies to the Respondent.

RESPECTFULLY SUBMITTED:

DATE: 2/25-2000

THOR HOLM HANSEN, PRO SE

CERTIFICATE OF SERVICE

This will Certify that a True Copy of the above entitled Motion has on this date been forwarded by mail to:

WILLIAM J. PATRICK, WARDEN
VIA INTERNAL INSTITUTION MAIL

and

ASSISTANT U.S. ATTORNEY
ROBERTA GREENSPAN
99 N.E. 4TH STREET
MIAMI, FL 33132

DATE: 2/25-2000

THOR HOLM HANSEN, PRO SE