NIGHT BOX
FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MAR 28 2000

CLARENCE MADDOX
CLERK, USDC/SDFL/MIA

CASE NO. 00-6086-CIV-MIDDLEBROOKS
MAGISTRATE JUDGE SORRENTINO

THOR HOLM HANSEN,

        Petitioner,

v.

WILLIAM J. PATRICK,

        Respondent.
_____/

GOVERNMENT'S RESPONSE TO PETITION
FOR WRIT OF HABEAS CORPUS
PURSUANT TO 28 U.S.C. §2241

    The United States of America, by and through its undersigned Assistant United States Attorney, hereby responds to Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241, as follows:

    1. Petitioner seeks judicial review of his security level classification by the Bureau of Prisons.[1] At the time petitioner filed his complaint, the Bureau of Prisons had designated his security level as "Greatest". See Male Custody Classification Form dated December 29, 1999 attached hereto as Exhibit A. The Bureau of Prisons advised that petitioner has exhausted all available

---

[1] On February 29, 2000, petitioner filed a motion to adopt the complaint and supporting documents which had been filed in Case No. 99-2902-CIV-SEITZ in this case. That case was dismissed on petitioner's motion. However, there has been no ruling on the motion to adopt to date. In any event, that complaint also attacked the "Greatest Severity" security level classification by the Bureau of Prisons. The government therefore respectfully submits that there is no need to grant petitioner's motion to adopt.



administrative remedies.

2. The Bureau of Prisons has advised the undersigned that it recently re-reviewed petitioner's security level classification. On March 21, 2000, the Bureau of Prisons changed petitioner's security level classification from "Greatest" to "Low Mod". See Male Custody Classification Form dated March 21, 2000 attached hereto as Exhibit B. As noted thereon, no further decreases in petitioner's security level classification are warranted due to his alien status, as well as his prior history of serious violence and prior incarceration.

3. Because the Bureau of Prisons has now granted petitioner the relief requested, his Petition for Writ of Habeas Corpus is moot.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

BY: *Roger W. Powell*
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY
FLORIDA BAR NO. 341411
500 E. BROWARD BOULEVARD
FT. LAUDERDALE   FL   33394
TEL. NO. (954) 356-7255
FAX NO. (954) 356-7336

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing response has been forwarded this 28th day of March, 2000, to: Thor Holm Hansen, Reg. No. 52999-004, Federal Correctional Institution, P.O. Box 779800, Miami, Florida, 33177.

*Roger W. Powell*
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY

```
MIAKV  607.00 *         MALE CUSTODY CLASSIFICATION FORM             12-29-1999
PAGE 001 OF 001                                                      15:24:20

      REGNO: 52999-004              FORM DATE: 12-29-1999      ORG: MIA
(A) NAME....: HANSEN                THOR         HOLM
DES FACL/LEV: MIA IHPR  /MEDIUM     MGTV: NONE
PUBSFTY: GRT SVRTY,ALIEN            MVED:


(B) DETAINER: (0) NONE              SEVERITY......: (7) GREATEST
MOS REL.....: 49
PRIOR.......: (3) SERIOUS           ESCAPES.......: (0) NONE
VIOLENCE....: (4) 10-15 YRS SERIOUS PRECOMMT STATUS: (0) N/A


(C) TIME SERVED.....: (4) 26-75%    DRUG/ALC ABUSE.: (3) > 5 YRS
MENT/PSYCH STABILITY: (4) FAVORABLE  TYPE DISCIP RPT: (5) NONE
FREQ DISCIP REPORT..: (3) NONE      RESPONSIBILITY.: (0) POOR
FAMILY/COMMUN TIES..: (4) GOOD


=========================== LEVEL AND CUSTODY SUMMARY ==========================
BASE   CUST  VARIANCE  SEC TOTAL  SCORED LEV  MGMT SEC LEVEL  CUSTODY  CONSIDER
+14    +23     0        +14       MEDIUM      N/A             IN       SAME
```

(D) TYPE REVIEW      NEW CUSTODY    APPROVED:___YES___NO  NEXT REVIEW: As scheduled
    ___REGULAR       ___MAX
    ✓ EXCEPTION      ___IN          CHAIRPERSON SIGNATURE....: [signature]
                     ___OUT         WARDEN/DESIGNER SIGNATURE
                     ___COM         FOR EXCEPTION REVIEW: _____

REASON(S) FOR NOT FOLLOWING FORM'S RECOMMENDATION:

Updated society for try refusal status.


COPY: CENTRAL FILE, SECTION TWO
      INMATE



G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED



Exh. A

```
     MIAW5  607.00 *        MALE CUSTODY CLASSIFICATION FORM      *     03-21-2000
     PAGE 001 OF 001                                                    11:57:12

              REGNO: 52999-004           FORM DATE: 03-21-2000        ORG: MIA
     (A) NAME....: HANSEN                THOR          HOLM
     DES FACL/LEV: MIA IHPR  /MEDIUM     MGTV: NONE
     PUBSFTY: ALIEN                      MVED:


     (B) DETAINER: (0) NONE              SEVERITY.......: (1) LOW MOD
     MOS REL.....: 46
     PRIOR.......: (3) SERIOUS           ESCAPES........: (0) NONE
     VIOLENCE....: (2) > 15 YRS SERIOUS  PRECOMMT STATUS: (0) N/A


     (C) TIME SERVED.....: (4) 26-75%    DRUG/ALC ABUSE.: (3) > 5 YRS
     MENT/PSYCH STABILITY: (4) FAVORABLE TYPE DISCIP RPT: (5) NONE
     FREQ DISCIP REPORT..: (3) NONE      RESPONSIBILITY.: (4) GOOD
     FAMILY/COMMUN TIES..: (4) GOOD


     ============================== LEVEL AND CUSTODY SUMMARY ========================
     BASE  CUST  VARIANCE   SEC TOTAL   SCORED LEV  MGMT SEC LEVEL   CUSTODY   CONSIDER
      +6   +27     -4         +2          LOW        N/A              IN       DECREASE

     (D) TYPE REVIEW      NEW CUSTODY     APPROVED:___YES ✓ NO   NEXT REVIEW: March 2001
         ___REGULAR          ___MAX
         ✓ EXCEPTION         ___IN        CHAIRPERSON SIGNATURE....: [signature]
                             ___OUT       WARDEN/DESIGNEE SIGNATURE
                             ___COM              FOR EXCEPTION REVIEW: _____

     REASON(S) FOR NOT FOLLOWING FORM'S RECOMMENDATION:
```

A decrease in custody is not warranted due to his "Alien" P.S.F, and A decrease is not warranted due to the past history of serious violence and prior incarceration.

```
     COPY: CENTRAL FILE, SECTION TWO
           INMATE


     G5149     INMATE/DESIG FACL LEVEL MISMATCHED, HAVE REGION ADD A MGTV
     G0005     TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```



Exh. B