FILED by EW D.C.
MAG. SEC.
AUG 09 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA
- MIAMI DIVISION -

FILED by ___ D.C.
INTAKE
FEB 29 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

THOR HOLM HANSEN
        PETITIONER

V.

WILLIAM J. PATRICK,
        RESPONDENT

CASE NO: 00-6086-CIV-MIDDLEBROOKS

PETITIONER'S MOTION TO ADOPT THE
ORIGINAL COMPLAINT AND SUPPORTING
DOCUMENTS OF HIS PRECEDING PETITION
TO ADDRESS THE INSTANT ISSUES.

**COMES NOW** the Petitioner, THOR HOLM HANSEN, Pro Se, and begs this Court adopt the original complaint and all supporting documentation from his preceding §1331 Petition under Docket Number 99-2902-CIV-SEITZ, which was voluntarily dismissed on Motion by the Petitioner.

**ORDER**
(Granted) / Denied
Comments _____
Dated _Charles Mountino_ 8/9/00
U.S. Magistrate Judge

**REASONING:**

In his haste to comply with the Court's recommendation that this matter be re-filed under 28 U.S.C. §2241, he inadvertently forgot to include all of the underlying documentation to support his claims, believing that the original complaint and supporting documentation would automatically follow the new Petition.

The Petitioner was made aware of his faulty assumption when a member of the institution staff approached him with a copy of the new complaint and asked him, "What is this?", where his error was immediately made apparent.

**Wherefore,** the Petitioner begs that the original complaint and all supporting documents be made Part and Parcel of the Instant Petition, and the Petitioner will have no objection to a demand for enlargement of time for Respondent to file his response, and ask that the Clerk forward these copies to the Respondent.