UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6086-CIV-MIDDLEBROOKS
MAGISTRATE JUDGE SORRENTINO

THOR HOLM HANSEN,         :

    Petitioner,        :

v.                        :     REPORT OF
                              MAGISTRATE JUDGE
WILLIAM J. PATRICK,       :

    Respondent.        :

FILED by ___ D.C.
MAG. SEC.
AUG 0 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF  MIAMI

    Thor Holm Hansen, a federal prisoner currently confined at FCI Miami, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. §2241, challenging the score he received for severity of offense behavior calculated by the Bureau of Prisons on his internal custody evaluation.

    Hansen is familiar to the court from the following cases:

**Criminal:** 1.   United States v. Hansen
               81-6021-Cr-Roettger
               Cocaine offenses.
               Judgment 3/13/98.
               Affirmed No. 98-4470, 2/5/99.

          2.   United States v. Hansen
               81-6057-Civ-Roettger
               Bond Jumping.
               Pending.



**Civil:** 3. <u>Hansen v. Laytner, et al.</u>
99-7046-Civ-Ferguson
Bivens; federal conspiracy.
Dismissed; failure to state claim, etc. 3/29/00.

4. <u>Hansen v. Kilmer</u>
99-7299-Civ-Hurley
Bivens; false affidavit.
Voluntary dismissal 4/19/00.

5. <u>Hansen v. Kilmer</u>
99-2902-Civ-Seitz
Bivens; classification.
Voluntary dismissal 2/10/00.

6. <u>Hansen v. United States</u>
99-7546-Civ-Roettger
§2255; 81-6021-Cr-Roettger.
Pending.

7. <u>Hansen v. Patrick</u>
00-6086-Civ-Middlebrooks
§2241; Prison classification.
Pending.

8. <u>Hansen v. Roettger, et al.</u>
00-6877-Civ-Ferguson
Bivens; Conspiracy to convict him.
Pending.

Hansen challenges the Bureau of Prisons internal custody evaluation. The government filed a response to an order to show cause, and asserted that the Bureau of Prisons has reviewed Hansen's custody classification, which resulted in reclassification from the greatest severity of security level to "low mod" security level.

Because a federal court does not have the power to render advisory opinions or to decide questions that do not affect the rights of litigants, an actual controversy must exist at all stages of review. Preisner v. Newkirk, 422 U.S. 395, 401 (1975). The Bureau of Prisons has granted the relief Hansen sought. The claim is moot.

Moreover, a prisoner has neither a liberty interest nor a property interest in his security classification, which prison he will be housed in, or the amenities of prison life. See Sandin v. Conner, 515 U.S. 472 (1995); Reno v. Koray, 515 U.S. 50 (1995); Meachum v. Fano, 427 U.S. 215 (1976); Moody v. Daggett, 429 U.S. 78, 87 n. 9 (1976). The federal regulations establishing how the Bureau of Prisons determines security classifications do not establish enforceable rights. See Crowder v. True, 74 F.3d 812, 814 (7th Cir.1996).

Even if the claim were not moot, Hansen is not entitled to an order directing the Bureau of Prisons to change his security level classification.

It is therefore recommended that this petition for writ of habeas corpus be dismissed as moot, and alternately denied.

Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

Dated: August 9, 2000

_____
UNITED STATES MAGISTRATE JUDGE

cc: Thor Holm Hansen, Pro Se
Reg. No. 52999-004
FCI - Miami
P.O. Box 779800
Miami, FL 33177

Roger W. Powell
Assistant United States Attorney
500 E. Broward Boulevard
Fort Lauderdale, FL 33394