

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6086-CIV-MIDDLEBROOKS
MAGISTRATE JUDGE SORRENTINO

THOR HOLM HANSEN,

    Petitioner,

v.

WILLIAM J. PATRICK,

    Respondent.

FINAL JUDGMENT
HABEAS CORPUS

CLOSED CIVIL CASE

For the reasons stated in the Report of the Magistrate Judge and upon independent review of the file, including Petitioner's objections, it is

ORDERED AND ADJUDGED as follows:

1. This petition for writ of habeas corpus is dismissed as moot, and alternately denied.

2. All motions not otherwise ruled upon are dismissed, as moot.

3. This case is closed.

DONE AND ORDERED at Miami, Florida, this 21st day of August, 2000.

_____
UNITED STATES DISTRICT JUDGE

cc: Thor Holm Hansen, Pro Se
    Roger W. Powell, AUSA

